UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-00130-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| MAURICE DOUGLAS BOONE | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 58 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

This the 13th day of August, 2013.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE