UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-00130-FL-1

| UNITED STATES OF AMERICA | ORDER TO SEAL |
| v. | |
| MAURICE DOUGLAS BOONE | |

On motion of the Defendant, MAURICE DOUGLAS BOONE, and for good cause shown, it is hereby ORDERED that DE 104 be sealed until further notice by this Court.

IT IS SO ORDERED.

This the <u>19th</u>day of March, 2019.

_____
The Honorable Louise W. Flanagan
United States District Court Judge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

KRISTEN CALDARO
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1461
USANCE-FIRSTSTEPACT2018@USDOJ.GOV

By email on March 19, 2019.

G. ALAN DUBOIS
Federal Public Defender

/s/ Sherri Royall Alspaugh
SHERRI ROYALL ALSPAUGH
First Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Sherri_Alspaugh@fd.org
N.C. State Bar No. 17581
LR 57.1 Counsel Appointed